■ In the Matter of PAUL M. CARNEY, Appellant, v NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, Respondent.—Order, Supreme Court, New York County (Andrew Tyler, J.), entered September 1, 1987, which confirmed the determination of respondent denying petitioner a line-of-duty accident disability pension and dismissed the petition, unanimously affirmed, without costs or disbursements.

It is undisputed that petitioner suffered injuries during a

line-of-duty accident. However, petitioner has not carried his burden of establishing proximate cause between the accident and the specific injuries claimed herein (Administrative Code of City of New York § 13-168). Nor does the record so conclusively support petitioner's position that the accident aggravated preexisting injuries so as to entitle him to a line-of-duty accident disability pension, and as to render respondent's determination arbitrary and capricious. *(Matter of Christian v New York City Employees' Retirement Sys.*, 83 AD2d 507, *affd* 56 NY2d 841.)* Respondent was entitled to rely on its Medical Board's findings in a matter of pure medical judgment. (83 AD2d 507, 508, *supra.)* Accordingly, petitioner has failed to meet his burden and his petition was properly dismissed. Concur—Murphy, P. J., Sullivan, Carro, Milonas and Smith. JJ.